■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v STEVE J. ELWELL, Appellant.—Motion by respondent to amend decision dated February 1, 1979 and order entered February 23, 1979 so as to provide that the reversal was on the law alone, granted. Motion, pursuant to CPL 460.20, for permission to appeal to the Court of Appeals referred to Mr. Justice Greenblott who makes the following decision: Motion granted. Mahoney, P. J., Greenblott, Sweeney, Mikoll and Herlihy, JJ., concur.

## (April 27, 1979)

■ In the Matter of the TOWN OF BEDFORD et al., Petitioners, v STATE BOARD OF EQUALIZATION AND ASSESSMENT, Respondent, and TOWN OF MOUNT PLEASANT et al., Intervenors-Respondents. In the Matter of the TOWN OF MAMARONECK et al., Petitioners, v STATE BOARD OF EQUALIZATION AND ASSESSMENT, Respondent, and TOWN OF MOUNT PLEASANT et al., Intervenors-Respondents.—Motion by petitioners to conform the pleadings to the proof granted, by consent, and petitions deemed amended as set forth in the moving affidavit dated April 6, 1979. Greenblott, J. P., Main, Larkin, Mikoll and Herlihy, JJ., concur.